UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Criminal Case No. 19-20176-1
    Honorable Linda V. Parker

WANSA NABIK MAKKI,

    Defendant.
_____/

## OPINION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE

This matter is currently before the Court on the Pretrial Service Department's request to terminate location monitoring for Defendant Wansa Nabik Makki (Ms. Makki), who is released on a $363,503.41 secured cash bond awaiting trial. The Government opposes the request, arguing that Ms. Makki poses a flight risk in light of the substantial sum of money (approximately $400,000) deposited in a Lebanese bank account in her name. The Court held a hearing with respect to the matter on December 16, 2020. Because the Court concludes that Ms. Makki is not a flight risk, it is modifying Defendant's conditions of release and terminating location monitoring.

The record reflects that while Ms. Makki in fact retains a Lebanese bank account, she has made substantial efforts—including sending defense counsel to Lebanon and hiring a lawyer in Lebanon—to repatriate the money to the United

States. Due to restrictions imposed by the Lebanese government, Ms. Makki has been unable to withdraw or wire the funds in United States dollars, and withdrawing the funds in Lebanese currency would render the money worthless outside that country. Even if Ms. Makki were to flee to Lebanon, which this Court finds unlikely for the reasons stated below, her access to the funds in her Lebanese bank account would be limited.

Further, Ms. Makki has been on a GPS tether for over 19 months, which is far longer than usual for a defendant awaiting trial in this District. According to pretrial services, she has not violated a single condition of her release during that time. Ms. Makki is the mother of three young children and her husband, a co-defendant in this case, has been detained pending trial. The couple's children were born in the United States, live and attend school in the Eastern District of Michigan, and have never lived in Lebanon. Under these circumstances, the Court finds it unlikely that Ms. Makki would flee this jurisdiction for Lebanon with or, especially, without her children. This is particularly so in the middle of a global pandemic.

For these reasons, the Court is modifying Ms. Makki's conditions of release

and terminating the requirement of a GPS tether.

**IT IS SO ORDERED.**

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: December 18, 2020